ALEX L. FUGAZZI
Nevada Bar No. 9022
CHAD R. FEARS
Nevada Bar No. 6970
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: afugazzi@swlaw.com
       cfears@swlaw.com

PATRICIA LEE REFO
Arizona Bar No. 017032
*(Admitted pro hac vice)*
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ 85004
Telephone (602) 382-6290
Facsimile (602) 382-6070
Email: prefo@swlaw.com

*Attorneys for Plaintiff Northrop Grumman Technical Services, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NORTHROP GRUMMAN TECHNICAL SERVICES, INC., an Oklahoma corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRAX INTERNATIONAL CORPORATION, a Nevada corporation,<br><br>Defendant. | Case No. 2:11-cv-00244-RLH-RJJ<br><br>**STIPULATION AND ORDER FOR LEAVE TO AMEND COMPLAINT** |

Plaintiff, NORTHROP GRUMMAN TECHNICAL SERVICES, INC. ("NGTS"), by and through its counsel of record, Snell & Wilmer L.L.P., and Defendant, TRAX INTERNATIONAL CORPORATION ("TRAX"), by and through its counsel of record, Howard & Howard and Crowell & Moring LLP, submit this Stipulation and Order for Leave to Amend

Complaint as follows:

**IT IS HEREBY STIPULATED AND AGREED** that NGTS shall file its Amended Complaint on or before March 17, 2011.

**IT IS FURTHER STIPULATED AND AGREED** that TRAX shall file its Amended Answer, Amended Counterclaims, or otherwise respond to NGTS's Amended Complaint on or before March 31, 2011.

**IT IS FURTHER STIPULATED AND AGREED** that NGTS shall file its Answer or otherwise respond to TRAX's Counterclaims on or before April 18, 2011.

This Stipulation is made in good faith and not for purposes of delay.

Dated: March 4, 2011

SNELL & WILMER L.L.P.

_/s/ Alex L. Fugazzi_
ALEX L. FUGAZZI
Nevada Bar No. 9022
CHAD R. FEARS
Nevada Bar No. 6970
SNELL & WILMER LLP
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169

PATRICIA LEE REFO
Arizona Bar No. 017032
*(Admitted pro hac vice)*
SNELL & WILMER LLP
One Arizona Center
400 E. Van Buren Street
Phoenix, AZ 85004
*Attorneys for Plaintiff North Grumman Technical Services, Inc.*

Dated: March 3, 2011.

HOWARD & HOWARD

_/s/ Robert L. Rosenthal_
ROBERT L. ROSENTHAL
Nevada Bar No. 6476
3800 Howard Hughes Parkway
Suite 1400
Las Vegas, NV 89169

AMY L. O'SULLIVAN
*(Admitted Pro Hac Vice)*
THOMAS P. GIES
*(Admitted Pro Hac Vice)*
ANDREW W. BAGLEY
*(Admitted Pro Hac Vice)*
GUNJAN R. TALATI
*(Admitted Pro Hac Vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Defendant Trax International Corporation*

**IT IS SO ORDERED:**

_/s/ Roger L. Hunt_
CHIEF U.S. DISTRICT JUDGE
DATED this 7th day of March, 2011.

12656090.2